**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2299**

_____

ROBERT W. RIFE,

Plaintiff - Appellant,

versus

RICHMOND TECHNICAL CENTER; J. AUSTIN BROWN,
Principal; DAVID NETTLES, Assistant Principal;
JOSEPH FRICHTEL, Assistant Principal; JOHNNIE
RICH, Principal (retired),

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert R. Merhige, Jr., Senior District Judge.  (CA-94-909)

_____

Submitted:  April 15, 1996          Decided:  April 22, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert W. Rife, Appellant Pro Se.  Cynthia Eppes Hudson, Kimberly Stewart Hugo, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders granting summary judgment to Defendants on his employment discrimination complaint and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and the district court's opinion and find no abuse of discretion and no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Rife v. Richmond Technical Ctr.</u>, No. CA-94-909 (E.D. Va. May 3 & 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>